USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MALIBU MEDIA, LLC,

         *Plaintiff,*

  -*against*-

JOHN DOE subscriber assigned IP address:
184.152.172.145,

         *Defendant.*

-----------------------------------------------------------X

18 Civ. 7760 (PAC)

**ORDER**

Plaintiff seeks: (1) leave to file a motion seeking leave to file a third-party subpoena pursuant to Fed. R. Civ. P. 26(d)(1); (2) the adjournment of any scheduled initial Rule 16 scheduling conference until the Defendant in this action is named and served; and (3) an extension of time within which to serve John Doe Defendant with a summons and complaint. (*See* Dkts. 6–9).

Plaintiff's request for leave to file a motion is GRANTED and the Rule 16 conference is adjourned until the Defendant is named and served. Plaintiffs' third request for an extension of time to effectuate service is GRANTED. Plaintiff shall have until June 10, 2019, to effectuate service of a summons and complaint upon John Doe Defendant.

The Clerk of the Court is instructed to close the motions at Dkts. 6, 7, 8 & 9.

Dated: New York, New York
      April 29, 2019

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge